**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 148 EAL 2014
:
                Respondent      :
                              : Petition for Allowance of Appeal from the
                              : Order of the Superior Court
           v.             :
:
:
:
LAMAR  MAYFIELD,         :
:
                Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.